# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | No. 24-mj-41-GMH |
| | : |
| CHRISTOPHER DOUGLAS FINNEY, | : |
| *Defendant*. | : |

## ORDER

Based upon the representations in the *Unopposed* Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled remote status hearing set for June 20, 2024 be continued for good cause to July 23, 2024 at 1:00 p.m. by remote proceeding; and it is further

**ORDERED** that the time between June 20, 2024, until the next status hearing in this matter on July 23, 2024, shall be excluded from the calculation of time for the return of an Indictment in this case and to bring this matter to trial pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) as the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial as a continuance will provide the Defendant the opportunity to review discovery and will allow the Defendant and the Government the opportunity to negotiate a potential resolution of this matter.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE